UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| STEVEN HAYNES REG. # 06238-078 | : | CIVIL ACTION NO. 2:18-cv-1542 |
|---|---|---|
| VERSUS | : | JUDGE JAMES |
| U.S. DEP'T OF JUSTICE | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 10] of the Magistrate Judge previously filed herein and after an independent review of the record, a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

**IT IS ORDERED** that the instant petition for writ of habeas corpus be **DISMISSED WITHOUT PREJUDICE** under Rule 4 of the Rules Governing 2254 Proceedings in the United States District Courts.

**THUS DONE AND SIGNED** this 28th day of May, 2019.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE